

# Fourth Court of Appeals
## San Antonio, Texas

March 13, 2019

No. 04-18-00744-CR

Montral **GROSS,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR1337
Honorable Sid L. Harle, Judge Presiding

# O R D E R

The Appellant's First Motion to Extend Time to File Brief is hereby GRANTED.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of March, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court